# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAQUIN VELETA, | Old case #1:07-CV-00578 AWI SMS HC |
| Petitioner, | **New case #1:07-CV-00578 AWI JMD HC** |
| v. | ORDER OF REASSIGNMENT |
| D.L. RUNNELS, | |
| Respondent. | |

Pursuant to the Order of Recall in the Matter of the Recall Appointment of: John M. Dixon, Jr., United States Magistrate Judge, Retired, effective May 11, 2007,

IT IS HEREBY ORDERED that this action is reassigned to Magistrate Judge John M. Dixon, Jr., to perform such duties of the office of magistrate judge as provided by the district court.

The new case number for this action, which must be used on all future documents filed with the court, is:

**1:07-CV-00578 AWI JMD HC**

All dates currently set in the reassigned action shall remain pending subject to further order of the court.

IT IS SO ORDERED.

**Dated:    September 23, 2008**          /s/ Anthony W. Ishii
                                  CHIEF UNITED STATES DISTRICT JUDGE